JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MACK PRICE, | ) | NO. EDCV 08-01749 SS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 14, 2009.                                              /S/

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE